UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

ALKETA DELORENZO: A98-772-321

                Plaintiff,       08 CV 00324

                v.

Secretary of the Department of Homeland Security;    **ORDER FOR ADMISSION**
Director of U.S. Citizenship & Immigration Services;    **PRO HAC VICE**
District Director of the U.S. Citizenship &    **ON WRITTEN MOTION**
Immigration Services for New York Office.

                Defendants.

-----------------------------------------------------------------x

    Upon the motion of Steve Newman, Esq., and the attorney's affidavit in support:

    **IT IS HEREBY ORDER** that

    TRISHA KAEWCHAROEN, ESQ.
    Law office of Andrew P. Johnson
    65 Broadway, 21st Floor, New York, New York 10006
    Telephone Number: (212) 693-3355; Fax: (212) 430-6797
    Email Address: andrewjohnson@apjohnsonlaw.com

is admitted to practice *pro hac vice* as counsel for ALKETA DELORENZO in the above captioned case in the United States District Court for the Southern District of New York. All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electric Case filing (EFC) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice fee* to the Clerk of Court.

Dated: January 14, 2008

                                                             United States District/Magistrate Judge

(PART I)