UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ALKETA DELORENZO,

               Plaintiff,          **ECF CASE**

   v.

                                08 Civ. 00324 (MGC)

SECRETARY OF THE DEPARTMENT OF
HOMELAND SECURITY, et al.

                                   <u>NOTICE OF APPEARANCE</u>

             Defendants.
------------------------------------------------------------ x

TO:   Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         February 13, 2008

                                                  Respectfully submitted,

                                                  MICHAEL J. GARCIA
                                                  United States Attorney for the
                                                  Southern District of New York

                           By:    /s/_____
                                      NATASHA OELTJEN
                                      Assistant United States Attorney
                                      86 Chambers Street, 3rd Floor
                                      New York, New York 10007
                                      Telephone: (212) 637-2769
                                      Facsimile: (212) 637-2786
                                      Email: natalia.oeltjen@usdoj.gov

TO:   Trisha Kaewcharoen, Esq.
        Law Office of Andrew P. Johnson
        65 Broadway, 21st Floor
        New York, NY 10006