UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ORIGINAL**

| ALKETA DELORENZO (A98-772-321), | Dkt. No. 08 Civ. 0324 (MGC) |
|---|---|
| Plaintiff, | |
| - against - | |
| SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; DIRECTOR OF U.S. CITIZENSHIP & IMMIGRATION SERVICES; DISTRICT DIRECTOR OF THE U.S. CITIZENSHIP & IMMIGRATION SERVICES FOR THE NEW YORK OFFICE, | **STIPULATION AND ORDER** |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time period for the Defendants to answer, move, or otherwise respond to the above-captioned complaint be extended for 60 days, until June 3, 2008.

New York, New York
April ___, 2008

LAW OFFICE OF ANDREW P. JOHNSON
Attorneys for Petitioner

_Trisha Kaewcharoen_
Trisha Kaewcharoen, Esq.
65 Broadway, 21st Floor
New York, New York 10006
Tel.   (212) 693-3355
Fax   (212) 430-6797

New York, New York
April 3, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

_____
Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.   (212) 637-2769
Fax   (212) 637-2786

SO ORDERED:

_____
Hon. Miriam Goldman Cedarbaum
United States District Judge

April 8, 2008